No. 567. EL PUEBLO *v.* NEGRÓN.—

No. 568. EL PUEBLO *v.* FERNÁNDEZ.—

No. 569. EL PUEBLO *v.* DALECIO.—

No. 570. EL PUEBLO *v.* GARCÍA.—

No. 572. EL PUEBLO *v.* CORREA.—

No. 573. EL PUEBLO *v.* LAPORTE.—

No. 566. EL PUEBLO *v.* LÓPEZ.—

No. 571. EL PUEBLO *v.* CRUZ.—

No. 574. EL PUEBLO *v.* BERMÚDEZ.—

No. 575. EL PUEBLO *v.* SANTANA.—

No. 576. EL PUEBLO *v.* DE JESÚS.—

No. 577. EL PUEBLO *v.* MUÑOZ.—

No. 578. EL PUEBLO *v.* LAPORTE.— ·

No. 579. EL PUEBLO *v.* ZAYAS.—

No. 581. EL PUEBLO *v.* COLÓN.—

No. 582. EL PUEBLO *v.* CRUZ.—

No. 583. EL PUEBLO *v.* CRUZ.—

No. 584. EL PUEBLO *v.* FIGUEROA.—

No. 585. EL PUEBLO *v.* BOBÉ.—

No. 586. EL PUEBLO *v.* TORRES.—

No. 587. EL PUEBLO *v.* PAGÁN.—

No. 588. EL PUEBLO *v.* TORRES.—

Apelaciones procedentes de la Corte de Distrito de Ponce en causas por delito electoral. Resuelto en abril 2, 3 y 4, 1913. Confirmadas las sentencias apeladas. Abogados del Pueblo: *Sres. Frank Martínez, Fiscal interino, y Charles E. Foote, Fiscal.* Los apelantes no comparecieron.